| Form 668 (Z) (Rev. 10-2000) | 5219 | Department of the Treasury - Internal Revenue Service **Certificate of Release of Federal Tax Lien** | For Use by Recording Office |
|---|---|---|---|
| **Area:** WAGE & INVESTMENT AREA #7 Lien Unit Phone: (800) 913-6050 | | **Serial Number** 668839096 | **F I L E D** Clerk District Court DEC 20 2007 For The Northern Mariana Islands By_____ (Deputy Clerk) |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on __September 14__ __1988__, is authorized to note the books to show the release of this lien for these taxes and additions.

**Name of Taxpayer**
FLORIE MAGRAS
PIERRES LAUNDROMAT

**Residence** PO BOX 1701
ST THOMAS, VI 00801

COURT RECORDING INFORMATION:
Liber   Page   UCC No.   Serial No.
n/a     n/a    n/a       n/a

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/1986 | 66-0372739 | 03/21/1988 | 04/20/1994 | 1054.98 |
| 941 | 12/31/1985 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1579.49 |
| 941 | 03/31/1986 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1668.27 |
| 941 | 06/30/1986 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1590.66 |
| 941 | 09/30/1986 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1596.23 |
| 941 | 12/31/1986 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1601.84 |
| 941 | 03/31/1987 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1608.67 |
| 941 | 06/30/1987 | 66-0372739 | 02/28/1988 | 03/30/1994 | 1614.34 |
| 941 | 09/30/1987 | 66-0372739 | 02/22/1988 | 03/24/1994 | 1498.81 |

*************************************************************************************************

| Place of Filing | | |
|---|---|---|
| US DISTRICT COURT OF CNMI PO BOX 500687 Saipan, MP 96950 | Total $ | 13813.29 |

This notice was prepared and signed at __SAN JUAN, PR__, on this, the __04th__ day of __December__, __2007__.

Signature  K. A. Mitchell          Title  Director, Campus Compliance Operations

(**NOTE:** Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE                Form **668 (Z)** (Rev. 10-2000) CAT. NO 600261